## SPECIAL CONDITIONS OF RELEASE

Re: Murat Kurashev  
Case No: 2:21-cr-00040-KJM  
Date: June 7, 2023

1. You must report to and comply with the rules and regulations of Pretrial Services;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must refrain from **excessive** use of alcohol and **any** use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

6. You must surrender your passport, if located, to the Clerk of the U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must not have access to any device capable of internet access. In addition, no devices in the home must have internet capabilities, with the exception of your wife, Liana Kurasheva, who may possess one iPhone with internet access; however, the device must be password protected and unavailable to you at any time. No other occupants of the home shall have any devices with internet capability;

9. You must not have any contact, via any means (telephonic, mail, email, internet, etc.) with the foreign terrorist organization Hayat Tahrir al-Sham (HTS) or any of its affiliates;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You must provide documentation to Pretrial Services from Immigration and Customs Enforcement, authorizing any employment in the United States;

12. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.

13. **Home Detention:** You must remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf; and

14. Your release will be delayed until the posting of all secured bonds, including any vehicles and cash bonds, and the surrendering of your passport (if available) - at which time you will be released the following business day at 9:00 am from custody. Immediately upon your release, you must report immediately to the Pretrial Services location (Fresno or Sacramento) as directed by Pretrial Services, for the installation of the location monitoring equipment.